UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>    Plaintiff,<br><br>    v.<br><br>JASJIT CORPORATION, et al.,<br><br>    Defendants. | No. 1:19-cv-00787-DAD-SKO<br><br>ORDER GRANTING THE PARTIES' STIPULATED REQUEST<br><br>(Doc. 14) |

On October 31, 2019, the parties filed a notice of settlement. (Doc. 12.) The Court directed the parties to file dispositional documents by no later than December 6, 2019. (Doc. 13.) On December 6, 2019, the parties filed a stipulation requesting an extension of time until December 19, 2019 to file dispositional documents. (Doc. 14.)

Pursuant to the parties' stipulation, (Doc. 14), for good cause shown, the Court GRANTS the parties' request. The parties shall file dispositional documents requesting the dismissal of the action due to a settlement by no later than December 19, 2019.

IT IS SO ORDERED.

Dated:  **December 6, 2019**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE